THE PEOPLE OF THE STATE OF NEW YORK ex rel. ESTHER M. TYLER et al., Appellants, against JAMES J. SEXTON et al., Constituting the Tax Commission of the City of New York, Respondents. [120 W. 44th St., Borough of Manhattan.] — Order unanimously modified by fixing the values for the years in question as follows:

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1932 | $305,000 | $462,000 | $767,000 |
| 1933 | 290,000 | 454,000 | 744,000 |
| 1936 | 260,000 | 438,000 | 698,000 |
| 1937 | 260,000 | 430,000 | 690,000 |
| 1938–39 | 260,000 | 422,000 | 682,000 |
| 1939–40 | 260,000 | 414,000 | 674,000 |
| 1940–41 | 260,000 | 406,000 | 666,000 |

and as so modified affirmed, with $20 costs and disbursements to the relators-appellants. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post*, p. 911.]

NEW YORK SAVINGS BANK, Respondent, v. ROTH-PICKET REALTY CO., INC., et al., Appellants, et al., Defendants.— We deem the complaint sufficient. (*Bank of New York* v. *Blumenthal*, 285 N. Y. 598.) We do not pass upon plaintiff's right to recover interest at the rate claimed. Order affirmed, with $20 costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order on payment of said costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse and grant the motion to dismiss. [See *post,* p. 841.]

In the Matter of RALPH GIANNETTINO et al., Petitioners, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, et al., Respondents.— Determinations of the Comptroller of the City of New York modified by allowing interest from March 19, 1942, on the amounts of back wages found to be due, and as so modified affirmed, with $50 costs and disbursements to the petitioners. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore, J., dissents in part and votes to annul the determinations and allow the prevailing rate of wage from January 1, 1938, to February 20, 1942, without any deduction whatever for pension or vacation benefits (Labor Law, § 220, subds. 1, 3, 5, par. a; cf. also §§ 220-a, 220-b), and with interest thereon from March 19, 1942. Settle order on notice.